IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:05cr32-A |
| | ) | WO |
| RALPH LINGO | ) | |

**ORDER**

On April 29, 2005, the United States filed a motion for psychiatric examination to determine mental competency (doc. # 14). The defendant has no objection to the motion. Accordingly, upon consideration of the motion for psychiatric examination, and for good cause, it is

ORDERED that a hearing be and is hereby set on May 23, 2005, at 2:30 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 19th day of May, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE