IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 1:05cr032-A |
| RALPH LINGO | ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #25), filed on December 9, 2005, the Recommendation is ADOPTED, and it is hereby

ORDERED that the court finds the Defendant, Ralph Lingo, mentally competent for all further proceedings in this case.

DONE this 23rd day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE